UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 09, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANK W. COON,

Defendant.

Case No. 2:14-cr-00038-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK W. COON ,

Case No.  2:14-cr-00038-GEB  from custody for the following reasons:

____  Release on Personal Recognizance

__X__  Bail Posted in the Sum of $  25,000

__X__  Unsecured Appearance Bond $  25,000 cosigned by Bill Owens

____  Appearance Bond with 10% Deposit

____  Appearance Bond with Surety

____  Corporate Surety Bail Bond

__X__  (Other):  Pretrial Services conditions. To be released on 4/10/2014 at 9:00 AM to Pretrial Services.

Issued at Sacramento, California on April 09, 2014 at 3:00 PM.

By: _Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney