MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK COON,<br><br>　　　　Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday, May 9, 2014 should be continued until Friday, June 20, 2014.  The continuance is necessary as counsel for Mr. Coon is still reviewing discovery, meeting with the client and arraigning a computer expert to review the forensic.  A request for authorization for a computer expert has been submitted and is awaiting approval.

　　　　IT IS STIPULATED that the period of time from the May 9, 2014 up to and including June 20, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a

continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: May 6, 2014                    By: ____/s/ Michael Chastaine
                                      MICHAEL CHASTAINE
                                      Attorney for Frank Coon


Dated: May 6, 2014                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Michael Chastaine for Matt Morris___
                                      MATT MORRIS
                                      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, May 9, 2014 at 9:00 a.m. be continued to Friday, June 20, 2014 at 9:00 a.m. and that the period from May 9, 2014 to June 20, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  May 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge