1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  Telephone: 916-732-7150

4  Attorneys for Defendant
   Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 038 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| FRANK COON, | |
| Defendant. | |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday, October 17, 2014 should be continued until Friday, December 12, 2014.  The continuance is necessary as counsel for Mr. Coon is still reviewing discovery, meeting with the client and arraigning a computer expert to review the forensic.  Authorization for a computer expert has been approved and the parties are making the necessary arraignment for the examination.

IT IS STIPULATED that the period of time from the October 17, 2014 up to and including December 12, 2014 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and

1

Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: October 15, 2014                         By: ____/s/ Michael Chastaine____
                                                MICHAEL CHASTAINE
                                                Attorney for Frank Coon


Dated: October  15, 2014                        BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ Michael Chastaine for Matt Morris____
                                                MATT MORRIS
                                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, October 17, 2014 at 9:00 a.m. be continued to Friday, December 12, 2013 at 9:00 a.m. and that the period from October 17, 2014 to December 12, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  October 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge