MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK COON, ) <br> ) <br> Defendant. ) | Case No.: 2:14 CR 038 GEB <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday, December 12, 2014 should be continued until Friday, February 20, 2015.  The continuance is necessary as the expert that has been retained by the defense is still in the process of reviewing the forensic evidence and preparing a report.  Counsel has spoken to the expert and he has indicated he still has a lot of work to do and would expect that it will take at least till mid-January to complete his work.  Given the holiday and counsel's pending jury trial, counsel for Mr. Coon will require additional time to obtain and review the experts' opinion, meet with the client and discuss the various options.

IT IS STIPULATED that the period of time from the December 12, 2014 up to and including February 20, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: December 10, 2014                    By: ____/s/ Michael Chastaine
                                                                    MICHAEL CHASTAINE
                                                                    Attorney for Frank Coon


Dated: December  10, 2014                   BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                                    By: /s/ Matt Morris___
                                                                    MATT MORRIS
                                                                    Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, December 12, 2014 at 9:00 a.m. be continued to Friday, February 20, 2015 at 9:00 a.m. and that the period from December 12, 2014 to February 20, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  December 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge