1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  Telephone: 916-732-7150

4  Attorneys for Defendant
   Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK COON,<br><br>    Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday, February 20, 2015 should be continued until Friday March 27, 2015.  The continuance is necessary as the expert that has been retained by the defense is still in the process of reviewing the forensic evidence and preparing a report.   The expert has recently obtained new software that he believes will assist in his analysis of the evidence and is in the process of using the same to evaluate the forensic evidence.  Counsel has spoken to the expert and he has indicated that given his current schedule he would expect that it will take at least a couple more weeks to complete his work.  Further, Counsel for Mr. Coon just completed a four week jury trial and needs additional time to consult with

Mr. Coon regarding how to proceed.  Once the expert analysis is completed Counsel will be in a better position to determine the best course of action.  Additional time is required to achieve these goals.

    IT IS STIPULATED that the period of time from the February 20, 2015 up to and including March 27, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: February 18, 2015                    By: _____/s/ Michael Chastaine  
                                              MICHAEL CHASTAINE  
                                              Attorney for Frank Coon

Dated: February 18, 2015                    BENJAMIN B. WAGNER  
                                              United States Attorney

                                              By: /s/ Matt Morris___  
                                              MATT MORRIS  
                                              Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, February 20, 2015 at 9:00 a.m. be continued to Friday, March 27, 2015 at 9:00 a.m. and that the period from February 20, 2015 to March 27, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  February 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge