MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK COON,<br><br>          Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday March 27, 2015should be continued until Friday May 1, 2015.  The continuance is necessary as the expert that has been retained by the defense is completing his summary draft of his report and completing his analysis of the computers in questions.  Counsel for Mr. Coon has had preliminary discussions with the expert regarding his findings and has requested that the expert review additional items and areas in order to have a more complete analysis and findings.  Counsel will then need to review the summary draft, make sure that he fully understands the findings and meet with Mr. Coon to explain said findings.  Additional investigation may be necessary and Counsel

will need time to determine the best course of action to proceed and present a defense for Mr. Coon.

The Government does not object to the requested continuance.

IT IS STIPULATED that the period of time from the Friday March 27, 2015 up to and including May 1, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: March 24, 2015                By: _____/s/ Michael Chastaine
                                     MICHAEL CHASTAINE
                                     Attorney for Frank Coon


Dated: March 24, 2015                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Matt Morris___
                                     MATT MORRIS
                                     Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, March 27, 2015 at 9:00 a.m. be continued to Friday, May 1, 2015 at 9:00 a.m. and that the period from March 27, 2015 to May 1, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  March 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge