MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK COON,<br><br>    Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday June 5, 2015 should be continued until Friday July 31, 2015.  The continuance is necessary as the expert that has been retained by the defense is completing his summary draft of his report and completing his analysis of the computers in questions. The process of reviewing the computer has taken longer than originally anticipated and is not yet complete.  Counsel for Mr. Coon has been actively engaged in preparing for a jury trial that begins June 22, 2015 and is expected to last till mid-July. Counsel for Mr. Coon has had preliminary discussions with the expert regarding his findings and has requested that the expert review additional items and areas in order to have a more

complete analysis and findings. Despite his best efforts this has not yet been completed. Counsel will then need to review the summary draft, make sure that he fully understands the findings and meet with Mr. Coon to explain said findings. Additional investigation may be necessary and Counsel will need time to determine the best course of action to proceed and present a defense for Mr. Coon.

The Government does not object to the requested continuance.

IT IS STIPULATED that the period of time from the Friday June 5, 2015 up to and including July 31, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: May 28, 2015                    By: ____/s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Frank Coon


Dated: May 28, 2015                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Matt Morris___
                                       MATT MORRIS
                                       Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, June 5, 2015 at 9:00 a.m. be continued to Friday, July 31, 2015 at 9:00 a.m. and that the period from June 5, 2015 to July 31, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: May 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge