MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK COON,<br><br>    Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday September 4, 2015 should be continued until Friday October 23, 2015.  The continuance is necessary as the defense is continuing its investigation, including consultation with its expert.  Counsel needs additional time to discuss the experts findings, complete additional investigation and confer with the defendant regarding how best to proceed.

Due to defense counsel's recent jury trials and other obligations, defense counsel has not had time to complete the necessary work to advise Mr. Coon on how to proceed.

1  It is anticipated that Counsel for Mr. Coon, the expert and Mr. Coon will make
2  some determinations about how to best proceed at this and on October 23, 2015, the
3  matter will either resolve or be set for jury trial
4
5  The Government does not object to the requested continuance.
6  IT IS STIPULATED that the period of time from the Friday September 4, 2015 up
7  to and including October 23, 2015 be excluded in computing the time within which the
8
9  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and
10  Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need
11  for a continuance and continued counsel preparation outweighs the interests of the public
12  and the defendant in a speedy trial.
13
14  .
15
16  Dated: September 1, 2015          By:     /s/ Michael Chastaine
17                                    MICHAEL CHASTAINE
                                      Attorney for Frank Coon
18
19
20
21  Dated September 1, 2015           BENJAMIN B. WAGNER
                                      United States Attorney
22
23                                    By: /s/ Matt Morris___
                                      MATT MORRIS
24                                    Assistant U.S. Attorney
25
26
27
28

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, September 4, 2015 at 9:00 a.m. be continued to Friday, October 23, 2015 at 9:00 a.m. and that the period from September 4, 2015 to October 23, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated:  September 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge