```
MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Frank Coon
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK COON,<br><br>    Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the status conference date of Friday October 16, 2015 should be continued until Friday October 23, 2015.  Mr. Coon is requesting that the Court appoint new counsel for him as there has been a breakdown in communication between Mr. Coon and his current counsel.  Current counsel for Mr. Coon (Michael Chastaine) will be out of state on October 16, 2015 so need the matter continued one week to properly address the status of counsel.

Further, if current counsel will continue representation additional investigation is required, including consultation with its expert.  Counsel needs additional time to discuss

the experts findings, complete additional investigation and confer with the defendant regarding how best to proceed.

The Government does not object to the requested continuance.

IT IS STIPULATED that the period of time from the Friday October 16, 2015 up to and including October 23, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: October 12, 2015                By: ____/s/ Michael Chastaine
                                       MICHAEL CHASTAINE
                                       Attorney for Frank Coon


Dated October 12, 2015                 BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Matt Morris___
                                       MATT MORRIS
                                       Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, October 16, 2015 at 9:00 a.m. be continued to Friday, October 23, 2015 at 9:00 a.m. and that the period from October 16, 2015 to October 23, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: October 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge