```
MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
```

Attorneys for Defendant
Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANK COON,<br><br>　　　　Defendant. | Case No.: 2:14 CR 038 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　It is hereby stipulated between the parties, Matt Morris, Assistant United States Attorney, and Michael Chastaine, attorney for Frank Coon, that the matter should be set for jury trial on May 17, 2016 with a Trial Confirmation Hearing on April 8, 2016.

　　　Counsel for Mr. Coon needs additional time to review the evidence, prepare witnesses and prepare for trial. Counsel for Mr. Coon also requires additional time to complete additional investigation and confer with the defendant regarding how best to proceed.

　　　The Government does not object to the requested dates for trial and TCH.

　　　IT IS STIPULATED that the period of time from the Friday October 30, 2015 up to and including May 17, 2016 be excluded in computing the time within which the trial

1

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

| | |
|---|---|
| Dated: October 27, 2015 | By: _____/s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Attorney for Frank Coon |
| | |
| Dated October 27, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Matt Morris___<br>MATT MORRIS<br>Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, October 30, 2015 at 9:00 a.m. be continued to Tuesday, May 17, 2016 at 9:00 a.m. for jury trial and April 8, 2016 for Trial Confirmation Hearing and that the period from October 30, 2015 to May 17, 2016 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a

continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: October 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge