1  MICHAEL CHASTAINE, State Bar #121209
   THE CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way
   Gold River, CA 95670
3  Telephone: 916-732-7150
   Attorneys for Defendant
4  Frank Coon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 038 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY ) CONDITIONS OF RELEASE |
| v. | ) |
| FRANK COON, | ) |
| Defendant. | ) |

Mr. Coon was released on or about April 9, 2014 on an unsecured bond. Mr. Coon has been under the supervision of Pretrial Release since that date.

Mr. Coon has been having medical issues. Mr. Coon was referred to a sleep study by his doctor. Pretrial Services has confirmed the referral and the appointment at the Mercy Sleep Center, 3808 Auburn Blvd., #54, Sacramento, CA 95821, for November 22, 2015, starting at 7pm until 6am on November 23, 2015 (not counting travel time to and from the center).

During this period, from November 22, 2015 from 6:00 pm till his return home around 8:00 am Sunday November 23, 2015, Mr. Coon will not be monitored by the location monitoring device. Mr. Coon will be medically monitored during this period of time.

Pretrial has no objection to this request.

1

DATED: November 18, 2015            The CHASTAINE LAW OFFICE

                                    By /s/ Michael Chastaine
                                    MICHAEL CHASTAINE
                                    Attorney for Defendant
                                    Frank Coon


Dated: November 18, 2015            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Matt Morris
                                    MATT MORRIS
                                    Assistant U.S. Attorney



### ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that Mr. Coon be allowed to participate in the Mercy Sleep Center, 3808 Auburn Blvd., #54, Sacramento, CA 95821, for November 22, 2015, starting at 6:00 pm until 8:00 am on November 23, 2015.


Dated:  November 20, 2015

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE