UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0038-GEB |
|---|---|
| Plaintiff, | |
| v. | **RESPONSE TO MOTIONS IN LIMINE** |
| FRANK W. COON, | |
| Defendant. | |

On April 29, 2016, the government filed motions in limine for a pretrial order concerning certain matters. (Gov't's Mot. in Limine ("MIL"), ECF No. 57.) On May 8, 2016, Defendant also filed motions in limine. (Def. Mot. in Limine, ECF No. 67.) Each motion, except for Defendant's relevancy objection to the government's proposed jury instruction on the definition of "sadistic abuse" (Gov't's Proposed Voir Dire 37:01-05, ECF No. 60), concern issues that have not been shown to involve a controversy on which an in limine ruling should issue. Further, Defendant has not shown that his relevancy objection to the government's endeavor to define the term "sadistic abuse" is a matter that needs to be decided before trial commences.

Since this response to the motions obviates the need for the hearing on the motions scheduled for May 13, 2016, that hearing is vacated.

Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge