UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0038-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FRANK W. COON, | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until November 15, 2016.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1