1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   FRANK COON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00038 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| FRANK COON, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Matthew Morris, Assistant United States Attorney, and defendant Frank Coon through his counsel Kresta Daly, that:

1. By previous order this case was set for a post-trial status conference on June 17, 2016;
2. Defendant now moves to continue this matter to June 24, 2016.  The prosecution does not object to this request.
3. Defense counsel has informed the government the defense intends to file a motion requesting this Court release Mr. Coon pending sentencing.  The parties agree each side has sufficient time to file their respective motions.

///

///

///

{00019121}

1  IT IS SO STIPULATED.

2  Dated:  June 13, 2016            Respectfully submitted,
                                    BARTH DALY LLP
3

4                                   By  /s/ Kresta Nora Daly
                                        KRESTA NORA DALY
5                                       Attorneys for FRANK COON

6

7  Dated:  June13, 2016             By  /s/ Kresta Nora Daly for
                                        MATTHEW MORRIS,
8                                       Assistant United States Attorney

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00019121}

STIPULATION AND [PROPOSED] ORDER             - 2 -                    [Case No. 2:13-CR-00086-MCE]

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is further ordered that the June 17, 2016 status conference shall be continued until June 24, 2016, at 9:00 a.m.

Dated:  June 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge