Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
FRANK COON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK COON,<br><br>    Defendant. | Case No. 2:14-CR-00038 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated and agreed to between the United States of America through Matthew Morris, Assistant United States Attorney, and defendant Frank Coon through his counsel Kresta Daly, that:

1. By previous order this case was set for a sentencing on October 28, 2016;
2. Defendant now moves to continue sentencing to November 4, 2016. The prosecution does not object to this request.
3. Probation is aware of the request and has no objection.

IT IS SO STIPULATED.

Dated: October 26, 2016                     Respectfully submitted,

                                            BARTH DALY LLP

                                            By    /s/ Kresta Nora Daly
                                                  KRESTA NORA DALY
                                                  Attorneys for FRANK COON

{00020436}

STIPULATION AND [PROPOSED] ORDER            -1-                    [Case No. 2:14-CR-00038-GEB]

| | |
|---|---|
| Dated: October 26, 2016 | By  /s/ Kresta Nora Daly for<br>MATTHEW MORRIS,<br>Assistant United States Attorney |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is further ordered that the October 28, 2016 sentencing shall be continued until November 4, 2016, at 9:00 a.m.

Dated:  October 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge