PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-00038-GEB |
|---|---|
| Plaintiff, | |
| v. | ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| FRANK W. COON | |
| Defendant. | |

The Preliminary Order of Forfeiture entered June 2, 2016, is hereby made final as to defendant Frank W. Coon and shall be incorporated into the Judgment in a Criminal Case.

SO ORDERED.
Dated:  December 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1