HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
FRANK W. COON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00038-GEB |
| Plaintiff, | **Proposed ORDER** |
| v. | |
| FRANK W. COON, | |
| Defendant-Movant. | |

Good cause appearing, Defendant FRANK W. COON's request for permission to file any supplement to his motion to reduce his sentence pursuant to the First Step Act within 90 days of this order is hereby GRANTED.

Dated: July 3, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge