UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0038-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FRANK COON, | |
| Defendant. | |

On September 27, 2019, Defendant's counsel emailed chambers the following five documents, and states in the subject section of the email Request to Seal Documents: REQUEST TO SEAL DOCUMENTS, [PROPOSED] SEALING ORDER, EXH D - Bureau of Prisons Health Services Clinical Encounter, Exh. F - Radiology Results, and Exh. G - medical document showing examination results. Defendant has not provided the public with notice of his sealing request. Nor has Defendant provided reason justifying sealing the REQUEST TO SEAL DOCUMENTS, and the [PROPOSED] SEALING ORDER. Further, the extent of sealing Defendant seeks of the other documents has not been shown justified considering the issues

1

Defendant seeks to have decided in his motion for reduction of sentence for compassionate release. "[E]ven if the privacy rights of [Coon] and others named in [medical] documents constitute a compelling interest, [Coon has not shown that] there are alternatives to full closure of the . . . proceedings [and the documents] that can protect these interests. United States v. Guerrero, 693 F.3d 990, 1003 (9th Cir. 2012). Therefore, all documents are deemed returned to Coon so he could decide how to proceed in light of this ruling. See Local Rule 141(e)(1) ("If a Request [for a sealing order] is denied in full or in part, the Clerk will return to the submitting party the documents for which sealing has been denied.").

Dated: September 27, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2