HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
FRANK W. COON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANK W. COON,<br>Defendant. | Case No. 2:14-cr-00038-JAM<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America, by and through KIMBERLY SOKOLICH, Assistant United States Attorney, and defendant FRANK W. COON, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that defendant shall have a 30-day extension of time to file either a Supplemental Brief or a Notice of Not Supplementing to give defense counsel, having reviewed the BOP records and pro se pleadings in this matter, needed additional time for communicating with Mr. Coon. The 30-days requested should be sufficient time to allow the defense to complete its work.

/ / /

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 147, or Notice of not filing such a brief, shall be filed by September 8, 2026. The government's Response shall be filed by October 8, 2026. Defendant's Reply shall be filed by November 9, 2026.

DATED: August 4, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Ann C. M^cClintock*
ANN C. M^cCLINTOCK
Assistant Federal Defender
Attorney for Defendant
HECTOR MANUEL GONZALEZ

DATED: August 4, 2026

ERIC GRANT
United States Attorney

*s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant U.S. Attorney
Attorney for Plaintiff

* * *

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence, docket entry no. 147, or Notice of not filing such a brief, shall be filed by **September 08, 2026**. The government's Response shall be filed by **October 08, 2026**. Defendant's Reply shall be filed by **November 09, 2026**.

Dated: August 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE